**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:24-cv-00185-PGB-EJK

WESCO INSURANCE COMPANY,

      Plaintiff,

v.

GLOBAL CLOSING COMPANY,
LLC, ET AL.,

      Defendants.

_____/

**STIPULATION OF DISMISSAL OF DEFENDANT**
**SOUTH FLORIDA INNOVATION AND DESIGN, LLC**

Plaintiff, Wesco Insurance Company, and Defendants, Global Closing Company, LLC, Benjamin Bell, First American Title Insurance Company, Seacoast National Bank, and South Florida Innovation and Design, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the Defendant, South Florida Innovation and Design, LLC, from this action without prejudice.  In consideration of the foregoing dismissal, Defendant, South Florida Innovation and Design, LLC agrees: (1) to be bound by the terms of any further adjudication and/or settlement of this action, (2) to accept service by email at rob@baileyduquette.com of any subpoena directed to South Florida Innovation and Design, LLC, in this action for the production of documents or other

materials, to testify at deposition, or to testify at trial, and (3) to bear its own costs,

expenses, and attorney fees in this action.

Dated: May 30, 2024.


**KAPLAN ZEENA LLP**
2 South Biscayne Boulevard
Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800


By: /s/ *Daniel M. Hirschman*
    JAMES M. KAPLAN
    Florida Bar No. 921040
    james.kaplan@kaplanzeena.com
    elizabeth.salom@kaplanzeena.com
    DANIEL HIRSCHMAN
    Florida Bar No. 44177
    daniel.hirschman@kaplanzeena.com
    cheryl.mingo@kaplanzeena.com

   *Counsel for Plaintiff,*
   *Wesco Insurance Company*


**SLUSHER & ROSENBLUM, P.A.**
444 W. Railroad Avenue
Suite 470
West Palm Beach, Florida 33401
Telephone: (561) 814-2020


By: /s/ *James A. Burnham*
    JEREMY SLUSHER
    Florida Bar No. 145769
    jes@slusherandrosenblum.com
    ag@slusherandrosenblum.com
    JAMES A. BURNHAM
    Florida Bar No. 099317
    jab@slusherandrosenblum.com
    sal@slusherandrosenblum.com

   *Counsel for Defendants, Global*
   *Closing Company, LLC, and*
   *Benjamin Bell*


[additional signatures to follow on the next page]

**MAYNARD NEXSEN, PC**
200 East New England Avenue
Suite 300
Winter Park, Florida 32789
Telephone: (407) 647-2777


By: /s/ *Mya M. Hatchette*
    MYA M. HATCHETTE
    Florida Bar No. 380120
    mhatchette@maynardnexsen.com
    jfinch@maynardnexsen.com

    *Counsel for Defendant, First*
    *American Title Insurance Company*

**GREENSPOON MARDER LLP**
2255 Glades Road
Suite 400-E
Boca Raton, Florida 33431
Telephone: (954) 491-1120


By: /s/ *Dariel Abrahamy*
    DARIEL ABRAHAMY
    Florida Bar No. 0014901
    dariel.abrahamy@gmlaw.com

    *Counsel for Defendant,*
    *Seacoast National Bank*


**BAILEY DUQUETTE, P.C.**
1700 E. Las Olas Boulevard
Suite 207
Fort Lauderdale, Florida 33301
Telephone: (954) 374-1111


By: /s/ *Robert Drolet*
    GERMAN MORALES
    Florida Bar No. 015525
    german@baileyduquette.com
    LIZET CARDOZO
    Florida Bar No. 115419
    lizet@baileyduquette.com
    ROBERT DROLET
    Florida Bar No. 1004135
    robert@baileyduquette.com
    yanina@baileyduquette.com

    *Counsel for Defendant, South*
    *Florida Innovation & Design, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2024, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Daniel M. Hirschman*
DANIEL M. HIRSCHMAN