UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESCO INSURANCE COMPANY,
     Plaintiff,

v.

GLOBAL CLOSING COMPANY, LLC,
BENJAMIN BELL, SEACOAST
NATIONAL BANK, and FIRST
AMERICAN TITLE INSURANCE
COMPANY,
     Defendants.

_____/

Case No: 6:24-cv-185-JSS-EJK

## ORDER

The court has been notified in the Stipulation of Dismissal (Dkt. 52) that the parties jointly stipulate that Defendant South Florida Innovation and Design, LLC, is dismissed from this action without prejudice. South Florida Innovation and Design, LLC, agrees (1) to be bound by the terms of any further adjudication and/or settlement of this action, (2) to accept service via email of any subpoena directed to South Florida Innovation and Design, LLC, in this action for the production of documents or other materials, to testify at deposition, or to testify at trial, and (3) to bear its own costs expenses, and attorney fees in this action, pursuant to the parties' agreement. (Dkt. 52.) Accordingly, Defendant South Florida Innovation and Design, LLC, is dismissed from this action without prejudice.

**ORDERED** in Orlando, Florida, on June 12, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record