**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:24-cv-00185-PGB-EJK

WESCO INSURANCE COMPANY,

     Plaintiff,

v.

GLOBAL CLOSING COMPANY, LLC, BENJAMIN BELL, FIRST AMERICAN TITLE INSURANCE COMPANY, SEACOAST NATIONAL BANK, and SOUTH FLORIDA INNOVATION AND DESIGN, LLC,

     Defendants.

_____/

## <u>NOTICE OF PARTIAL RESOLUTION</u>

Plaintiff, Wesco Insurance Company, and Defendants, Global Closing Company, LLC, Benjamin Bell, and Seacoast National Bank, by and through undersigned counsel, and pursuant to Local Rule 3.09, notify the Court that they have partially resolved this action. Specifically, the Parties have resolved the insurance coverage issues relating to the AmTrust Title Action, the Seacoast Bank Action, and the Innovation & Design Action as those actions are defined in the Amended Complaint [D.E. 48]. The Parties anticipate that the settlement documents will be prepared and signed and all actions required by the same will be completed

within the next 30 days. Thereafter, the Parties will submit a stipulation to dismiss Seacoast National Bank from this action with prejudice. The Parties advise that they have *not* resolved the insurance coverage issues relating to the First American Title Action as that action is defined in the Amended Complaint [D.E. 48].

Dated: June 24, 2024.

**KAPLAN ZEENA LLP**
2 South Biscayne Boulevard, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800

By: /s/ *Daniel M. Hirschman*
    JAMES M. KAPLAN
    Florida Bar No. 921040
    james.kaplan@kaplanzeena.com
    elizabeth.salom@kaplanzeena.com
    DANIEL HIRSCHMAN
    Florida Bar No. 44177
    daniel.hirschman@kaplanzeena.com
    cheryl.mingo@kaplanzeena.com

      *Counsel for Plaintiff,*
      *Wesco Insurance Company*

**GREENSPOON MARDER LLP**
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (954) 491-1120

By: /s/ *Dariel Abrahamy*
    DARIEL ABRAHAMY
    Florida Bar No. 0014901
    dariel.abrahamy@gmlaw.com

      *Counsel for Defendant,*
      *Seacoast National Bank*

**SLUSHER & ROSENBLUM, P.A.**
444 W. Railroad Avenue, Suite 470
West Palm Beach, Florida 33401
Telephone: (561) 814-2020

By: /s/ *Jeremy Slusher*
    JEREMY SLUSHER
    Florida Bar No. 145769
    jes@slusherandrosenblum.com
    ag@slusherandrosenblum.com
    JAMES A. BURNHAM
    Florida Bar No. 099317
    jab@slusherandrosenblum.com
    sal@slusherandrosenblum.com

      *Counsel for Defendants, Global*
      *Closing Company, LLC, and*
      *Benjamin Bell*

2