UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESCO INSURANCE COMPANY,

Plaintiff,

v.                                                              Case No: 6:24-cv-185-JSS-EJK

GLOBAL CLOSING COMPANY,
LLC, BENJAMIN BELL, SEACOAST
NATIONAL BANK and FIRST
AMERICAN TITLE INSURANCE
COMPANY,

Defendants.
_____/

## ORDER

The parties filed a Notice of Partial Resolution indicating that this matter has been partially resolved with respect to Defendant Seacoast National Bank.  (Dkt. 54.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice as to Defendant Seacoast National Bank, and subject to the right of the parties, within 60 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action as to Seacoast National Bank, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is directed to terminate Seacoast National Bank as a party to this matter.

**ORDERED** in Orlando, Florida, on July 1, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record