**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:24-cv-00185-JSS-UAM

WESCO INSURANCE COMPANY,

     Plaintiff,

v.

GLOBAL CLOSING COMPANY, LLC, BENJAMIN BELL, and FIRST AMERICAN TITLE INSURANCE COMPANY,

     Defendants.

_____/

## NOTICE OF RESOLUTION

Plaintiff, Wesco Insurance Company, and Defendants, Global Closing Company, LLC, Benjamin Bell, and First American Title Insurance Company, by and through undersigned counsel, and pursuant to Local Rule 3.09, notify the Court that they have resolved this action. The Parties anticipate that the settlement documents will be signed and all actions required by the same will be completed within the next 45 days. Thereafter, the Parties will submit a stipulation to dismiss this action with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: March 13, 2025.

| | |
|---|---|
| **KAPLAN ZEENA LLP** | **SLUSHER & ROSENBLUM, P.A.** |
| 2 South Biscayne Boulevard, Suite 3050 | 444 W. Railroad Avenue, Suite 470 |
| Miami, Florida 33131 | West Palm Beach, Florida 33401 |
| Telephone: (305) 530-0800 | Telephone: (561) 814-2020 |

By: /s/ *Daniel M. Hirschman*          By: /s/ *Shreena P. Augustin*

    JAMES M. KAPLAN                JEREMY SLUSHER

    Florida Bar No. 921040            Florida Bar No. 145769

    james.kaplan@kaplanzeena.com     jes@slusherandrosenblum.com

    elizabeth.salom@kaplanzeena.com   ag@slusherandrosenblum.com

    DANIEL HIRSCHMAN           SHREENA P. AUGUSTIN

    Florida Bar No. 44177             Florida Bar No. 117598

    daniel.hirschman@kaplanzeena.com  spa@slusherandrosenblum.com

    cheryl.mingo@kaplanzeena.com

      *Counsel for Plaintiff,*           *Counsel for Defendants, Global*

      *Wesco Insurance Company*      *Closing Company, LLC, and*

                                    *Benjamin Bell*

**MAYNARD NEXSEN, PC**
200 East New England Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (407) 647-2777

By: /s/ *Mya M. Hatchette*

    MYA M. HATCHETTE

    Florida Bar No. 380120

    mhatchette@maynardnexsen.com

    jfinch@maynardnexsen.com

      *Counsel for Defendant,*

      *First American Title Insurance Company*

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2025, a true and correct copy of the foregoing document was furnished electronically via the Court's CM/ECF system to all counsel of record.

By: */s/Daniel M. Hirschman*
Daniel M. Hirschman