UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESCO INSURANCE COMPANY,

    Plaintiff,

v.                                                          Case No: 6:24-cv-185-JSS-UAM

GLOBAL CLOSING COMPANY,
LLC, BENJAMIN BELL, and FIRST
AMERICAN TITLE INSURANCE
COMPANY,

    Defendants.

_____/

## ORDER

The court has been notified by the parties' Notice of Resolution (Dkt. 60) that the parties have reached an agreement to settle this matter.  Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and to close this case.

**ORDERED** in Orlando, Florida, on March 14, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record